Argued and submitted June 4, affirmed July 18, 1990

Edward S. DONALDSON,
Elizabeth R. Donaldson and
William E. Rautio,
*Petitioners,*

*v.*

LANE COUNTY LOCAL GOVERNMENT
BOUNDARY COMMISSION,
*Respondent,*

*and*

CITY OF EUGENE,
*Intervenor-Respondent.*

(EC EU 89-13, EC EU 89-21)
(CA A61251 (Control), CA A62114)
(Cases Consolidated)

795 P2d 564

George E. Birnie, Portland, argued the cause and filed the briefs for petitioners.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Timothy J. Sercombe, Eugene, argued the cause for intervenor-respondent. With him on the brief was Harrang, Long, Watkinson, Arnold & Laird, P.C., Eugene.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

Affirmed. *McGowan v. Lane County Local Govt. Bdry. Comm.,* 102 Or App 381, 795 P2d 560 (1990).